F. H. SHALLUS Co. *v.* UNITED STATES

No. 6960.—Invoices dated Leicester, England, July 4, 1941, etc.
Certified July 7, 1941, etc.
Entered at Baltimore, Md., August 11, 1941, etc.
Entry No. 199, etc.

(Decided March 4, 1947)

*Tompkins & Tompkins* (*J. Stuart Tompkins* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.

The agreed set of facts, embodied in the stipulation of submission, establishes that export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)) is the proper basis for appraisement of the instant merchandise, and that such statutory values of the articles in question are the appraised values, less additions made by the importer on entry because of advances in similar cases.

B. R. ANDERSON & Co. *v.* UNITED STATES

No. 6961.—Invoices dated Leeds, England, March 10, 1941, etc.
Entered at Seattle, Wash., April 14, 1941, etc.
Entry Nos. 3146; 195.

(Decided March 5, 1947)

*Lawrence, Tuttle & Harper* (*Frank L. Lawrence* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the entered values.

Judgment will be rendered accordingly.